CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brian James Lopez**<br>DOB: 1980; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-09471MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 17, 2025, in the District of Arizona, **Brian James Lopez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Cristina Ruiz-Alvarez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 17, 2025, in the District of Arizona (Cowlic), at approximately 7:15 a.m., Border Patrol agents (BPAs) patrolling on the Tohono O'odham Indian Nation, were notified, via radio, of a camera activation near Rock Hill, which is southwest of the village of Cowlic on a dirt road. The camera operator had observed a small gray Dodge truck heading west. This area is predominantly uninhabited and is used infrequently for cattle ranching. BPAs were advised that the same truck had activated several other trail cameras, including the one near Serapo Ranch, which is a known smuggling route. BPAs responded to the area. At 8:15 a.m., the Integrated Fixed Tower Camera (IFT) located the truck on the border road just east of the Rock Point gate heading east. The IFT notified BPAs that it had lost visual of the truck in an area of the border that is used for smuggling because the IFT cannot see that area. The IFT then located the truck traveling north from the Toros gate at a high rate of speed, noting that the radar was showing speeds of 50 miles per hour. The Dodge traveled back to Federal Route 12 (FR 12) and drove east toward Rock Hill. At Rock Hill, BPAs were able to catch up to the Dodge and record checks returned to a different truck, a Ford F-150. BPAs initiated a vehicle stop in the village of Cowlic. The driver, later identified as **Brian James Lopez**, after realizing BPAs were behind him, turned into the first house and parked. **Lopez** immediately got out of the Dodge, wanting to know why BPAs were stopping him and stating that he was at his house. BPAs looked inside the cab of the truck and observed two people lying on top of each other in the front seat attempting to conceal themselves, and another four subjects hiding behind the front seats. Record checks revealed all six passengers in the truck, including Cristina Ruiz-Alvarez, were citizens of Mexico illegally present in the United States. Further investigation showed, Cristina Ruiz-Alvarez does not have the proper documentation to be present, pass through, or remain in the United States.

Material witness Cristina Ruiz-Alvarez stated she is a Mexican citizen, and her husband arranged for her to be smuggled into the United States. She illegally crossed the border in a group of six, plus a foot guide. The group walked for one hour and were picked up by a blue or black four-door truck somewhere in the desert. She stated that before the truck arrived, the foot guide covered everyone's eyes with some cloth and told the group to get into the truck.
**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Cristina Ruiz-Alvarez ||
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>October 20, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**

She stated that the foot guide did not get into the truck. She said that she and her husband laid of the floor of the front passenger seat. She also stated that the driver did not speak Spanish, but he used hand signals to indicate that the group should lay down on the floor of the truck and to cover themselves with some type of cloth or blanket. She stated that after travelling in the truck for two to three hours, the truck was pulled over by law enforcement and everyone was arrested, including the driver. She was unable to identify the driver in a six-pack of photographs.

After waiving his *Miranda* rights, **Brian James Lopez**, stated he had been drinking several days ago under a bridge in Sells when he met a man from Tucson. The man offered him a ride home and asked him if he wanted to make some money. This man told him where there would be a vehicle for **Lopez** to use and that the keys would be in the gas cap. **Lopez** retrieved the vehicle and drove, on the day of his arrest, down near Tecelote Ranch and along the border road. **Lopez** said he is somewhat familiar with the desert area and the ranches on the north side of the border. He stated that he was told there would be two people to pick up on the border. When Lopez arrived, he said there were more than the two and they all jumped into the truck and he began to drive north from the border. **Lopez** said he did not know how much he was going to be paid. **Lopez** said he knew the people he was picking up were from the south side of the border. **Lopez** stated he did not know how much he was going to get paid. When asked if he did it because he was going to get paid, **Lopez** said "yeah because I needed the money." When asked where the people were coming from that he picked up and to confirm that they were not tribal members, **Lopez** replied "yeah, yeah, I knew what I was doing but I needed the money". "I just did it for the money man".